Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
CLARA DEPINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLARA DEPINA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant*. | Case No. 3:23-CV-00156-TLT<br><br>Assigned For All Purposes To The Honorable Trina L. Thompson, Courtroom 9<br><br>**[PROPOSED] ORDER**<br><br>**DOCUMENTS TO SEAL:** Exhibits 9-11; 13-14; 16; and parts of Exhibits 17-18 of Plaintiff's Compendium of Evidence |

**~~[PROPOSED]~~ ORDER**

Having considered the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORERED that:

1. The Court orders the following documents to be filed under seal:

    a. Entire Exhibit 9

    b. Entire Exhibit 10

    c. Entire Exhibit 11

    ~~d. Entire Exhibit 13~~

    ~~e. Entire Exhibit 14~~

    f. Entire Exhibit 16

    g. Exhibit 17, page 46; and

    h. Exhibit 18, pages 213-15, 224-225, and page 241.

IT IS SO ORDERED.

DATE: July 26, 2024 _____

_____
HON. TRINA L. THOMPSON
DISTRICT COURT JUDGE