1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | |
|---|---|
| CLARA DEPINA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-00156-TLT<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE ONE DOCUMENT UNDER SEAL**<br><br>[*Filed concurrently with FedEx Ground's Administrative Motion and Declaration of Omar M. Aniff In Support*]<br><br>Complaint Filed:  November 18, 2022<br>District Judge:    Hon. Trina L. Thompson<br>                          Courtroom 9, San Francisco |

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered defendant FedEx Ground Package Systems, Inc.'s ("Defendant" or "FedEx Ground") Administrative Motion to File One Document Under Seal, the declaration of Jay Boyles (ECF 36-3), and the declaration of Omar M. Aniff, the Court determines that there is a compelling reason to file Exhibit A to the declaration of Omar M. Aniff under seal, as follows:

| Docket No/Public | Document | Portion(s) to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 42-1 | Exhibit A to Declaration of Omar M. Aniff | The following columns of the entire document is sought to be sealed: Facility Name, FXG Number, Address, City, Zip.<br><br>The Random Number column will remain a part of the public record. | Evidence: Boyles Decl. ¶¶ 3, 9-10; Aniff Decl. ¶ 4.<br><br>Legal authority: *Bell v. Home Depot U.S.A., Inc.*, No. 2:12-CV-02499-GEB-CKD, 2015 WL 6082460, at *2 (E.D. Cal. Oct. 15, 2015); *Cuadra v. FedEx Ground Package System, Inc.*, No. 2:20-Cv-10719-JFW-SK, ECF No. 83 (C.D. Cal. July 26, 2021).<br><br>FedEx Ground's CA worksites are restricted and not open to the public. This is in part due to FedEx Ground's great interest to keep its employees and other persons safe from injury and harm. Filing Exhibit A under seal will allow FedEx Ground to submit evidence in support of its opposition to Plaintiff's class certification motion that refers to the random identification number without disclosing actual location-identifying information, which if disclosed, could be used to breach FedEx Ground's security measures, placing its employees and other persons at risk of harm or injury. | Granted |

**IT IS SO ORDERED.**

DATED: July 26, 2024

By: _____
Hon. ~~Trina L. Thompson~~