|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CLARA DEPINA, on behalf of herself and all others similarly situated, | Case No. 3:23-CV-00156-TLT |
| --- | --- |
| Plaintiff, | Assigned for All Purposes To The Hon. Trina L. Thompson, Courtroom 9 |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING DISMISSAL OF CLAIMS WITHOUT PREJUDICE** |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1 | Having considered the joint stipulation of plaintiff Clara Depina ("Plaintiff") and defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc. ("FedEx" or "Defendant), and for good cause shown, the Court hereby issues an Order as follows:

1. The jointly stipulated request is granted;
2. This Action is DISMISSED in its entirety without Prejudice; and
3. Each party is to bear its own fees and costs, except as provided for in the Parties' long form stipulation of settlement, ECF No. 121-1.

**IT IS SO ORDERED**

DATE: July 11, 2025

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE